| | |
|---|---|
| DUSTIN BLAKE WRIGHT | 14TH JUDICIAL DISTRICT |
| VERSUS | DOCKET NO. 2012-5298-F |
| EXCEL PARALUBES, INC. and | PARISH OF CALCASIEU |
| CONOCO PHILLIPS COMPANY, INC. | STATE OF LOUISIANA |

*************************************************************************

## PETITION FOR DAMAGES

The Petition of **DUSTIN BLAKE WRIGHT**, a person of the full age of majority and domiciled in the State of Arkansas, respectfully represents that:

**FILED** 12-26-12

*[signature]*

Deputy Clerk of Court
Calcasieu Parish, Louisiana

1.

Made Defendants are:

A) **EXCEL PARALUBES, INC.**, a foreign corporation, authorized to do and doing business in this State, whose agent for service of process is Corporation Service Company, 320 Somerulus St., Baton Rouge, LA 70802;

B) **CONOCOPHILLIPS COMPANY, INC.**, a foreign corporation, authorized to do and doing business in this State, whose agent for service of process is United States Corporation Company, 320 Somerulus St., Baton Rouge, LA 70802:

C) **AIR GAS ON-SITE SAFETY SERVICES, INC.**, a foreign corporation, authorized to do and doing business in this State, whose has appointed CT Corporation System, 5615 Corporate Blvd., Ste. 400-B, Baton Rouge, LA 70808.

2.

Defendants are indebted unto Petitioner in an amount reasonable in premises.

3.

On February 24, 2012, Petitioner was employed with Wyatt Field Service Company.

4.

On behalf of Wyatt Field Services, Petitioner was conducting a make over or reconstruction of a plant owned by **CONOCOPHILLIPS COMPANY, INC.**, and/or **EXCEL PARALUBES, INC.**

5.

AIR GAS ON-SITE SAFETY SERVICES, INC., was conducting air quality monitoring to insure that the air in the workplace was safe and nonflammable.

6.

**CONOCO PHILLIPS COMPANY, INC.**, was supervising the work being done by Wyatt Field Service Company and Air Gas On-Site Safety Services, Inc., and had employed Air

EXHIBIT "1"

Gas On-Site Safety Services, Inc., and Wyatt Field Service Company to conduct the makeover or reconstruction of the plant.

**7.**

EXCEL PARALUBES, INC., was supervising the work being done by Air Gas On-Site Safety Services, Inc., and  Wyatt Field Services, and had employed Air Gas On-Site Safety Services, Inc., and Wyatt Field Service Company to conduct the makeover or reconstruction of the plant.

**8.**

On February 24, 2012, Petitioner was instructed to enter a refinery vessel to perform hot work.

**9.**

Petitioner was informed by his employer, who had been informed by CONOCO PHILLIPS COMPANY, INC., and EXCEL PARALUBES, INC., that Air Gas On-Site Safety Services, Inc., had tested the air in the vessel in which he was working, and therefore a  hot work permit had been issued.

**10.**

Petitioner was informed that EXCEL PARALUBES, INC., or CONOCO PHILLIPS COMPANY, INC., either themselves or through their subcontractors, had removed all flammable material from the vessel that he was in.

**11.**

The information provided to him and his employer that the vessel had been gas and petroleum freed was incorrect and false.

**12.**

Petitioner was utilizing a fire blanket.

**13.**

The fire blanket was dragged through a puddle of what Petitioner believed was water.

**14.**

When Petitioner began performing his work, a spark ignited the fire curtain where it had been dragged through the substance which Petitioner had thought was water.  The spark ignited his boots and his flame-retardant uniform.

**15.**

As a result of this accident, Petitioner was severely burned and has incurred severe and painful personal injuries.

**16.**

The above-described accident resulted from the negligence of Defendants and their employees and/or agents, in the following respects:

A)   In failing to properly clean the refinery vessel;

B)   Failure of Defendants to properly inspect the vessel prior to issuing a hot work permit;

C)   Other acts of negligence that will be determined after appropriate discovery;

D)   Issuing a hot work permit without confirming that it was safe to do so.

**17.**

Petitioner avers he is entitled to an amount reasonable in the premises from Defendants as a result of the acts and negligence set forth herein above, consisting of hospital expenses, physicians' services, medical expenses, physical pain and suffering, permanent and/or partial and/or temporary disability, loss of income capacity and wage inability, mental anguish and pain and loss of enjoyment of life.

WHEREFORE, Petitioner prays that after due proceedings there be judgment herein in favor of your Petitioner **DUSTIN BLAKE WRIGHT**, and against Defendants, **EXCEL PARALUBES, INC., CONOCO PHILLIPS COMPANY INC., and AIR GAS ON-SITE SAFETY SERVICES, INC.**, in an amount reasonable in the premises, together with legal interest thereon from date of judicial demand and for all costs of these proceedings.

Respectfully submitted:
**BRANDT & SHERMAN, L.L.P.**

CHARLES BRANDT #3395
Attorney for Plaintiff
111 Mercury Street
Lafayette, Louisiana 70503
Telephone (337) 237-7171

**PLEASE SERVE:**

**EXCEL PARALUBES, INC.**
Through their agent for service of process
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802;

**CONOCO PHILLIPS COMPANY, INC.**
Through their agent for service of process
United States Corporation Company
320 Somerulos St.
Baton Rouge, LA 70802.

**AIR GAS ON-SITE SAFETY SERVICES**
through their agent for service of process
CT Corporation System
5615 Corporate Blvd., Ste. 400-B
Baton Rouge, LA 70808

A TRUE COPY
Lake Charles, Louisiana, 2-14-13

Deputy Clerk of Court
Calcasieu Parish, Louisiana