UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **DUSTIN BLAKE WRIGHT** | **CIVIL ACTION NO: 2:13-CV-00365** |
| **VERSUS** | **JUDGE:   TRIMBLE** |
| **EXCEL PARALUBES, INC. AND CONOCO PHILLIPS COMPANY, INC.** | **MAGISTRATE: JUDGE KAY** |

## SECOND SUPPLEMENTAL AND AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes claimant, **DUSTIN BLAKE WRIGHT**, a person of the full age of majority and domiciled in the State of Arkansas, who supplements and amends his original Petition for Damages and his Supplemental and Amended Complaint in this action in the following respects:

1. To amend paragraph 1 of the Petition for Damages to provide as follows:

**1.**

Made defendants are:

A. AIR GAS ON-SITE SAFETY SERVICES, INC., a foreign corporation authorized to do and doing business in this State, who has appointed CT Corporation System, 5615 Corporate Boulevard, Suite 400-B, Baton Rouge, Louisiana 70808;

B. REVCO INDUSTRIES, INC., a foreign corporation authorized to do and doing business in this State; and

C. INTERNATIONAL ENVIROGUARD SYSTEMS, INC., a foreign corporation authorized to do and doing business in this State.

2. To add paragraph 13a to provide as follows:

**13a.**

At the time he began performing the work, claimant was wearing an allegedly flame-resistant uniform consisting of (1) an outer garment called a Pyroguard FR Coverall manufactured by International Enviroguard Systems, Inc. and (2) "Black Stallion" coveralls, which were sold by and/or manufactured by Revco Industries, Inc.

3. To add paragraph 13b to provide as follows:

**13b.**

The outer garment and coveralls being worn by claimant were unreasonably dangerous in design, unreasonably dangerous in construction or composition, unreasonably dangerous due to an inadequate warning, and/or failed to conform to an express warranty, rendering Revco Industries, Inc. and/or International Enviroguard Systems, Inc. liable under the Louisiana Products Liability Act, La. R.S. 9:2800.51 *et seq*.

4. To amend paragraph 14 to provide as follows:

**14.**

When Claimant began performing his work, a spark ignited the fire curtain where it had been dragged through the substance which Claimant had thought was water.  The spark ignited his boots and his allegedly flame-retardant uniform.

5. To add paragraph 16e to provide as follows:

**16e.**

Additionally and/or alternatively, the injuries and damages sustained by claimant were caused by the unreasonably dangerous and defective condition of the coveralls, which were the International Enviroguard Systems, Inc. coveralls and "Black Stallion" coveralls, the safety

uniform that claimant was wearing at the time of the subject accident.

**17.**

Claimant avers he is entitled to an amount reasonable in the premises from Defendants as a result of the acts of gross negligence and/or negligence set forth herein above, and under the Louisiana Products Liability Act, consisting of hospital expenses, physicians' services, medical expenses, physical pain and suffering, permanent and/or partial and/or temporary disability, loss of income capacity and wage inability, mental anguish and pain and loss of enjoyment of life.

WHEREFORE, Petitioner prays that after due proceedings there be judgment herein in favor of your Petitioner **DUSTIN BLAKE WRIGHT**, and against Defendants, **AIR GAS ON-SITE SAFETY SERVICES, INC.**, **INTERNATIONAL ENVIROGUARD SYSTEMS, INC., and/or REVCO INDUSTRIES, INC.** in an amount reasonable in the premises, together with legal interest thereon from date of judicial demand and for all costs of these proceedings.

                    Respectfully submitted:

                    **BRANDT & SHERMAN, L.L.P.**

                    *[s] Charles Brandt*
                    **CHARLES BRANDT #3395**
                    Attorney for Plaintiff
                    111 Mercury Street
                    Lafayette, Louisiana   70503
                    Telephone (337) 237-7171

**PLEASE SERVE:**

**AIR GAS ON-SITE SAFETY SERVICES**
through its attorney of record:
GUY D. PERRIER, T.A., #20323
BRIAN E. SEVIN, SR., #21872
Perrier & Lacoste, LLC
365 Canal Street, Suite 2550
New Orleans, Louisiana 70130

**PLEASE ISSUE SUMMONS AND A COPY OF THE COMPLAINT TO:**

**INTERNATIONAL ENVIROGUARD SYSTEMS, INC.**
Through its President, Gary Cox
2400 Skyline Drive, Suite 400
Mesquite, TX   75149

**REVCO INDUSTRIES, INC.**
Through its agent for service of process:
C. Edward Chu
2629 Westbourne Place
Rowland Heights, CA   91748